UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-22022-JB

CARMEN OLIVA,

    Plaintiff,

v.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Carmen Oliva, and Defendant, University of Miami, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this case with prejudice. Each party shall bear her/its own attorneys' fees and costs.

Respectfully submitted this 16th day of December, 2024,

| | |
|---|---|
| **Daniel H. Hunt, Esq.**<br>P.O. Box 565096<br>Miami, Florida 33256<br>Tel.: (305) 495-5593<br><br>By: /s/ Daniel H. Hunt<br>    Daniel H. Hunt<br>    Florida Bar No. 121247<br>    dhuntlaw@gmail.com<br>    Dan@themiamishark.com<br>    nicole@themiamishark.com<br><br>*Counsel for Plaintiff* | **Isicoff Ragatz**<br>601 Brickell Key Drive, Suite 750<br>Miami, Florida 33131<br>Tel.: (305) 373-3232<br>Fax: (305) 373-3233<br><br>By: /s/ Christopher M. Yannuzzi<br>    Eric D. Isicoff<br>    Florida Bar No. 372201<br>    Isicoff@irlaw.com<br>    Teresa Ragatz<br>    Florida Bar No. 545170<br>    Ragatz@irlaw.com<br>    Christopher M. Yannuzzi<br>    Florida Bar No. 0092166<br>    Yannuzzi@irlaw.com<br><br>*Counsel for Defendant* |