UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22022-JB/Torres

CARMEN OLIVA,

        Plaintiff,

v.

UNIVERSITY OF MIAMI,

        Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. ECF No. [25]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 16th day of December, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**