UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-cv-22022-JB

CARMEN OLIVA,

      Plaintiff,

v.

UNIVERSITY OF MIAMI,

      Defendants.

_____/

## MEDIATOR'S REPORT

      Cindy Niad Hannah, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **December 16, 2024 @ 10:00 A.M.**

____✓____     AN AGREEMENT WAS REACHED.

_____     The Agreement is attached with consent of the parties.

_____     NO AGREEMENT WAS REACHED; IMPASSE.

_____     The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. If no Notice of an agreement is filed with the Court before the end of business on ___/___/____, then this matter shall be deemed an impasse.

_____     Other: _____
_____
_____

_____

Cindy Niad Hannah, Esq., Florida Bar No. 438545
MF#: B-16624