IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-CV-22095-RAR/LFL

FEDRECIA REID,

    Plaintiff,
v.

CARNIVAL CORPORATION, A
PANAMANIAN CORPORATION d/b/a
CARNIVAL CRUISE LINES,

    Defendant,
_____/

## MEDIATOR'S REPORT

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **December 18, 2024 @ 10:30 A.M.**

_____ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

_____ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, then this matter shall be deemed at an impasse.

✓ Other: _Parties are continuing to discuss settlement._

Laura Bonn, Esq., Florida Bar No. 244759
MF#: LB-16579